# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT COURT
## TAMPA DIVISION

8:04-CV-2472-T-24MAP

NITESH S. PATEL

VS.

JAYANT P PATEL, Yvette Lemar, Pravin Patel, Mark Alvarez,

### COMPLAINT

COMES NOW THE PLANTIFF, NITESH PATEL, AND FILES THIS COMPLAINT Fu/ss.1
WOULD SHOW THE FOLOWING TO WT:
REWRDER

I.
THAT THE PLANTIFF NITESH PATEL, IS AN ADULT RESIDENT CITIZENS OF THE STATE OF FLORIDA AND THE SAID ARE LICENSED TO DO BUSINESS IN THE UNITED STATES AS E-RACE TECHNOLOGIES INC.

II.
THAT THE DEFENDANT AND HIS/HER AGENTS WILLFULLY MALICIOUSLY , AND INTENTIONALLY INFLICTED EMOTIONAL, MENTAL, AND PHYSICAL DISTRESS, BY MEANS OF EXTORTED CONDITIONS UPON THE PLANTIFF WITHOUT JUST CAUSE WITH INTENT OF HARMING THE PLAINTIFFS AND AS DIRECT AND PROXIMATE CAUSE OF DEFENDANT'S AND OR  HIS/HER AGENT 0R  ACTORS, THE PLAINTIFFS WERE IN FACT IRREPARABLY HARMED BY THE DEFENDANT AND OR HIS AGENTS.

III.
THAT THE DEFENDANT WILLFULLY PERFORMED THE ACTS OF LIABLE, IN MEANS TO REROUTE INCOMES TO THE HANDS OF ACTORS AND AGENTS OF DEFENDANT. THE MALICIOUS USE OF FORCES WITHIN THE REGULATION OF THE UNITED STATES AND THE PERSONS INVOLVEMENT WITH THE US AS THE DEFRAUDER OF RIGHTS AND CONDITIONS GUARANTEED BY THE AMENDMENTS OF THE CONSTITUTION OF THE UNITED STATES.

IV.
THAT THE DEFENDANT AND ACTORS AND AGENTS  MALICIOUSLY FOR MEANS TO DEFRAUD,DEFAME, AND SLANDER THE VALUE OF PERSIAN AND PERSONAL PROPERTIES, CHARACTER, AND GOOD NAME OF THE PLANTIFF, NITESH PATEL ALSO CONDUCTED ACTS TO DEVIATE FROM PROVISIONS SET FORTH FOR MAGISTRATE OVER CRIMINAL COURTS.

V.
THAT THE DEFENDANT AND OR  HIS/HER AGENTS HAVE INTENTIONALLY, MALICIOUSLY AND WITHOUT JUST CAUSE ENGAGED  IN DECEITFUL BUSINESS PRACTICES AND MALICIOUS INTENTIONAL FRAUD THAT THERE  THAT WERE CALCULATED TO HARM THE PLAINTIFFS  AND THEIR BUSINESS AND AS A DIRECT AND PROXIMATE CAUSE AND THEREOF THE PLANTIFF AND THEIR BUSINESS HAS BEEN IRREPARABLY HARMED.



VI.

THAT THE MALICIOUS AND INTENTIONAL ACTS WERE FOR PURPOSE OF DEFRAUD WITHIN THE UNITED STATES AND ON INTERNATIONAL PREMISE HENCE LEADING TO THE COMPLAINT AND THE FILING OF .

VII.

THAT AS A RESULT OF DEFENDANT AND ACTORS OR AGENTS HAVE CAUSED THE NEED FOR UNDUE TIME CONSUMING INVESTIGATION AND RESEARCH COSTS HAVE INQUIRED AND THE DEFENDANT IS LIABLE.

NITESH PATEL
E-RACE TECHNOLOGIES INC.
702 CATALPA PL
BRANDON, FL 33510
813-653-2066