*Case no. 8:04 - CV-2472-T-24MAP*

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT COURT**
**TAMPA DIVISION**

NITESH S. PATEL

V.

JAYANT PATEL
MARK L ALVAREZ
PRAVIN PATEL
YVETTE D LEMES
FULLSAIL RECORDERS
URBAN TRENDS

COMPLAINT

COMES NOW THE PLANTIFF, NITESH PATEL, AND FILES THISCOMPLAINT AGAINST THE UNITED STATES OF AMERICA, AND IN SUPPORT OF THEIROF WOULD SHOW THE FOLOWING TO WT:

I.

THAT THE PLANTIFF NITESH PATEL, IS AN ADULT RESIDENT CITIZENS OF THE STATE OF FLORIDA AND THE SAID ARE LICENSED TO DO BUSINESS IN THE STATE OF FLORIDA AS E-RACE TECHNOLOGIES INC.

II.

THAT THE DEFENDANT AND HIS AGENTS WILLFULLY, MALICIOUSLY, AND INTENIONALLY INFLICTED EMOTIONAL, MENTAL, AND PHYSICAL DISTRESS, BY MEANS OF EXTORTED CONDITIONS UPON THE PLANTIFF WITHOUT JUST CAUSE WITH INTENT OF HARMING THE PLANTIFFS AND AS DIRECT AND PROXIMATE CAUSE OF DEFENSDANT'S AND OR HIS/HER AGENT ACTORS, THE PLANTIFFS WERE IN FACT IRREPAIRABLY HARMED BY THE DEFENDANT AND OR HIS AGENTS.

III.

THAT THE DEFENDAT WILLFULLY PERFORMED THE ACTS OF LIBEL, I N MEANS TO REROUTE INCOMES TO THE HANDS OF ACTORS AND AGENTS OF DEFENDANT. THE MALICIOUS USE OF FORCES WITHIN THE REGULATION OF THE UNITED STATES AND THE PERSONS INVOLVMENT WITH THE U.S AS THE DEFRAUDER OF RIGHTS AND CONDITIONS GAURANTTEED BY THE AMMENDMENTS OF THE CONSTITUTION OF THE UNITED STATES.

IV.

THAT THE DEFENDANT AND ACTORS AND AGENTS  MILACIOUSLY FOR MEANS TO DEFRUD,DEFAMATE, AND SLANDER THE VALUE OF PERSONA AND PERSONAL PROPERTIES OF THE PLANTIFF, NITESH PATEL ALSO CONDECTED ACTS TO DEVIATE FROM PROVISIONS SET FORTH FOR MAGISTRATE OVER CRIMINAL COURTS.

V.

THAT THE DEFENDANT AND OR  HIS/HER AGENTS HAVE INTENTIONALLY, MALICIOUSLY AND WITHOUT JUST CAUSE ENGAGED  IN DECIETFUL BUISNESS PRACTICES AND MALICOUS INTENTIONAL FRAUD THAT THERE  THAT WERE CALCULATED TO HARM THE PLANTIFFS  NAND THEIR BUISNESS AND AS A DIRECT AND PROXIMATE CAUSE AND THEREOF THE PLANTIFF AND THEIR BUISNESS HAS BEEN IRREPAIRABLY HARMED.

VI.

THAT THE MALICIOUS AND INTENIONALL ACTS  WERE FOR PURPOUSE OF DEFRAUD WITHIN THE UNITED STATES AND ON INTERNATIONAL PREMISE HENCE LEADING TO THE COMPLAINT AND THE FILING OF .

VII.

THAT AS A RESULT OF  DEFENDANT AND ACTORS OR AGENTS HAVE CAUSED THE NEED FOR UNDUE TIME CONSUMING INVESTIGATION  AND RESEARCH COSTS HAVE INCOUREED AND THE DEFENDANT IS LIBEL.

VIII.

THAT  MALICIOUS ACTS TO CONSPIRE AND DEFRAUD PLANTIFF AND THE UNITES STATES OF AMERICA BY MEANS OF RAQUETTERING TO MANUFACTURE PIRATED GOODS AND TO IMPOSE UNLAWFUL DETENTION TO FURTHER THE SALES OF THESE GOODS. UNLAWFUL EXTORTED IMPRISIONMENTS AND DISTRESS AS A RESULT OF THE FORMATION OF THESE NON AUTHORIZED ENTITIES. DIRECT RELATIONSHIP IN MEANS TO CONDUCT THESE OPERATIONS IN A DAILY  VENUE. THE FORMATION OF ORGANIZED DISTRIBUTION AND NETWORKS OF DISTRIBUTION TO DEFRAUD.

VIII.

THE ACT OF DESTROTED CONDITIONS TO IMPOSE UNDUE STRESS TO EITHER HALT OR FRAIN AND OBSTRUCT THE DUE JUSTICE DEMEED NECCESSARY.

XI.

THE ACT OF IMPOSED AND EXTORTED LABOR IN VIOLATION TO  THE ABOLISHMENT OF SLAVERY. THE LABORS CONTAINING NON-PAYMEWNT ALSO ACCOMPANIED NON TAXATION OF THE LABOR PERFORMED. THE UNDUE RELATIONSHIP OF EXTORTED MEANS OF ILLEGAL"WARNINGS"I.E. THREATS/ ELECTRONIC ASSUALTS LEADING TO SERIOUS BODILY HARM AND LATTER HOSPITILAZATION.

X.

THE ACT OF EXPERIMINTATION ON UNWILLING PLANTIFF BY MEANS OF IMPRISIONMENT AND DETENTION AS MEANS TO DEFRAUD INSTITUTION OF ASSURANCE PROVIDER. THE ACT OF FORCABLE ADMINISTRATION OF FOREIGN SUBSTRANCES LEADING TO NEAR DEATH CONDITIONS OR CONDITIONS THAT WOULD FACILITATE A FATAL OUTCOME. THE PRE MEDITATED ACT OF MURDER OR A SECLUDED ATTEMPT TO MURDER.

Confidential and Private for Felomy Court of United States

 1967-6.66 years prior to  3-25-73/8-29-72 BRS starts making shoes as of latter date they by way of unauthority adopt the name nike and swoosh symbol. Nikon at same time adapts to film market on lenses and begins their venue in direct link to my birth actual fact would need to be investigated via buisness records and patent filing ( name patel nitesh komar sudhir) in link to my name is fact to occurance after birth and prior stated fact via television inception was as stated but would prove to be verified as a fact of fraud and deceptive buisness practice  $10,000 has grown to $600,000,000,000 empire. Nikon  has in association to cyber-punk and naming of product in revelation to 10/10/10 birthday was relevantly relayed as to fact of fraud or a admittance to the significance to association to m birth after the novelty of such naming and occurance. I became aware of this non-mysterious phenomon at age of 4 at which point a fraudulent occourance to disassociate my real name and persona with the first of illegal and life threatning acts the first the show of a movie dealing with currently fictious fabel of some jesus leading to the endangerment by prushant patel and parents the calling of a  slanderous name (puppet) leads to a gash on my left side of my head- in turn seperating me from birth parents via child endangermei into hands of parties that created hedious crime. Held at a distance from paternal figures a other act was carried out after an uncalled for visit by fictios relative of an ajay patel to the presence of a pravin which lead to the fractured right arm leading to isolation at early age context after the date of my birth and name at which time i had not placed to significance. Upon this revelation the return to my birth parental figures took place and the issuance of department of justice id with name as shown currently in relations to 6 years, 6 month, and 6+6 days from birth day the date of 11-06-79. Upon entrance to the first public school in 1st grade the subjection to prior endangers of a infant child via cyber chat technologies employeed at time and under former fraudlent file name of m.k. ultra....(cyber / virtual technologies employeed by information technology industry since start in 1952. At this point the fraudulent formation of ibm took place the claim 1979 as it's inception has been stated by all forms of education since the inception of schooling. I saw first nike shoe and ibm pc in 1980 pottstown pennsylvania. the authenticity to these two facts go unaccountec as the deception created belittle it's actual value large portions of market to all  illegal operators. The purchase  of a panasonic tv and introduction of infared technology took pla upon a year after reunion with unverified birth parents. As a account of previous claims by the parties stated the memarance of two non-import cartoons of fred flinstone and pink panther in a so as to date unverified placement into a cult which would later abuse in ritual form in place called"india" where as to my best account the need for such shows would show irelevant.(1977-1979) later i would recall  the first abuser by means of defamation hanna barbera character snaggle puss- huckle berry huck- torturing me by blurting "sufferi sucker tesh" during my t.v. time. At first school being asked my name and shortning to tes just four letters of first name.  The first affliction by those in undisired surroundings would t real endangerment and another act of felenious magnitude a strong arm robbery dipicted after several dissasociations from named and adherent chartacter meaning association wi the as last current threats to my well being that have been written by hand and non-accounted for by authorities relatives of ajay+prashant patel.At current stance i can clearly claim fraud was orchestrated as to relationship to these criminals a father and three sister mother and five siblings. In one part belief goes to recognition that these associations with these evil doers was simply an extortion to the only means to return with parents at infancy Which was seperated by means of fraud to claim relationship to these actors or ill intent. T new neccessasity of yet not unveiled by my now lone parent to change her name to accomadate my return to her even though i have proven repeatedly the technologies being

used to even intervene with my birth and naming the fraudulent accompany. As to the relation i found later the extortion by the third edition jayant who in fact has fraudlently conducted illegal operation in the entity of a institution of fraud fullsail, reported to of originated in the city in claim to the residence of last mentioned. The technologies being in later named cyber (cyber-initials of my name/pnks) activity, tehno-crimes
As to the first act the vivid dream state created by illegal technologies used on humans by "grcery store" operating nuclear engineer and so said to be medical practioner, which i hav verified account to the contrary in relationship to real occupations, the pointing of a gun at father in spring city pennsylvania. later a three years later the real occurance of the event being a strong armed robbery working in conspiricy to defraud with so-called doctor for his entrance in to situation in a tampa,fl. After this occurance the television raises question wit the relmn of my mind how do they know my name/ not even knowing the novelty of my name at point, but connection between pink panther and snaggle puss leading to a real endangerment by these orchestrators again by means of response to question to t.v. as we live in your t.v. being of adolescent mind state i went to open back of previously mentioned television set and cut my hand as to ease a member of medical profession whc for unknown reason has been successful at account of this connection kiran patel. After th witnessing of the gun point robbery and cutting of my hand the entrance of orchestrator jayant patel.  The entity Fullsail and it's unauthorized recorders via a mary beth... person a troop have been in daily non-stop practice of defrauding sources of income with no right or entitlement. The defamation of my character in association with products and properties illegally arrived after 5 years of documented and reported abuses and extortive means to subdue to prolonged isolation as to not discover non-advertised goods which has become a 24 hour  around the clock operation. Since the mention of this entity by jayant and subjection to the knowldge of exsistence of fraudulent premise lead what was a perfect psyche....by means of thorough evaluation lead to a total state of isolation, torment, and financial distress leading to a discrimination when sought to attend which became a option after threat upon life on march 8 2002. Since this violation accusations of taking medicatio after surgery became a accusation of drug trafficking where as no foul play was intended ( in any means as to amounts of meds prescibed for conditions created by entity that stated one day before attandance when told of single residence status to "spend your money somewhere else".No reason cause or just duty for such a discrimination based on prior abuse conducted by so-called education institution. Which after refusal went as far as to defraud on regular basis and regress the reminder of this discrimination. The assistance o persons named herin as Sushma patel and conspiricy she aided asisted in the defraudatio by association from the simple means to deprieve necessities required recommended and almost a vital object of life in means of torture extending to the preface of defraudatior of contents of will in testament and instruments that would aid and asist the rightful owners of propeties and entities stated in last will and testament of deceased father (sudhir patel) who prior to his death was the only member who wasn't a fraudulent party or aider and assister in fraud has stayed consistent from the time of passing, her brother  Chandravada patel undeserved owner of buisness once owned by my father who aided in the actions and defraudation by means of non-payment of labor kept in witness by department of corrections at a pay rate and hour bases of 72 hours a week from december 20th 1992 to october 1995 without  a single cent of payment  in same buisness as the partnership of a ravi patel, a jayant patel, pravin patel, and sudhir patel. the further fraudulent act by those the switch process and defraudation of those surrondin wfts 13 fox affiliation and the fiasc( and seclusion of facts to the conspiricy to defraud and aide in 8 year dehuminization proce to what would equate a homeless condition. The defraudation of all objects in association my persona and the exsistance of my life and the isolation for a period of 6 years in a roon 10*10 without any aid by persons mentioned to be a benifit to my condition of living or the forward progress of my life,liberty, and pursuit of happiness. The eventual process to deny justice to one in facts standing as they are on consistant basis to the neccesaty of basic needs vital needs. The seclusion of crimes commited by the members and person

adjoined and benefiters of the criminal acts other than simple negligance by common society were at construct and a hender to a exposing criminal acts that are constituted as capital offenses those of first degree felony content on repeat basis and the containment c facts that associate person and persons leading to reverse domino blockade to the dire attention required of such acts.  The attempts on my life after adjoinment of bharvi patel w purpatrators leading to said event of march 8th 2002 and near death condition the seclusic of fact to the conspiricy to defraud and the association of facts to defraud being with realm non-public record open investigation and the purpouses of obstruction of justice direly neccessary ,the constant path to make of disbelief the facts even comprehended by myself in relations to transpiration of event and the facts and presentation at an age that would make all disbelief of the actualities of events being a direct fraud to the morals and basis of my actions. Which they self-contained as ni-----laughing sound as my soul(sole) is being worn,nike-----the fact i recieved no payment after the presentation of an mark alvare the preface to the frauds to follow by a yvette lemes and lissette lemes the begining of the fraudulent entity that began as def jam records in depth has been outlined in illegal progress. The chief orchestrators beinging in place to current writing to maintain my poverty i enviorment so unhealth i feel sick most of the time just thinking how unjust and rich the ca and their parties of this illegal state of imprisionment with the concept of no-one will hire yc with what we did ie. the pre-medated murder of one (c.p. patel) on the week of my graduation in 1991 which lead to  the fact of an un-motived act of self protection when threatened by a party of unkown name and unkown origin by the aiders of byron perez,chris pasquerrello, anthony gunderson,adam sodoti, yvette lemes, kevin conoloy,a freind of anthony gunderson which was the second party of the threat apparaent and actua the second party which stands in court record the fact that the statements of my mental status and condition being tested by a 650 quotion determination and through Psychological evaluation which showed no faults of any condition but as a result destined the affliction of conditions  in a pattern to cause serious harm, false imprisionments, extort labors in a more torturesome pattern than the previous unpaid labor extracted. It's prevela truth that non-payment as it started by all parties that stood benefiters of illegal actions and their extorted labors are being used as if their is going to be some kind of reward which is today truthfully a fraud. The formation of a conspiricy with aparties in new york a sutha pat in new york which sood at every chance to defraud and self enrich by means of raqueterring. The current libeling even the presence of shoe stores chains and the parties the illegal distribution of the products of my constitutionally protected soul and the contradiction of 600,000,000,000 worth of soles in way of shoes with the 10/10/10- 9 months before christmas affiliation is being today perpatrated and sold by the members with 100% theft of the rightful ownership of proberties. It almost stands contained parties ii area that were paid by the united states to aid in conditions as to not be a violation of my life,liberty and pursuit of happiness, and the basis for the constitutional statement of justice for all and contradiction to injustices at account of my eye witnessed presence . Unaccounting for the criminals against the laws taught to me by what will show as aiders t conspiricy and defrauders of unkown value of larconed goods through past occourances within my memory being depicted to my non-authority. The iniatiation of deprivation conditions as they started in 1997 by jayant patel, mark wegar, and trushant patel the latte leading two of three attempts on my life and the seclusion at point when three polygraph statements were being requested by myself at the office of internal affairs in tampa. Their non-question of believing the facts as i stated to them to be still today haunts me because throughtout i have maintained i have no reason to call my self the most enslaved person in history as i know it.  The creation of ni-acin(sin) figured as a dirct violaton of my first amendment right than the later violation my my right to bear arms ungainst all actions aga the constition of the united states. Which stand as a deprivaation of life, liberty and pursuit happiness, and the justice for all. The direct relationship of narcotics and it's affilation with birth and entrance in to the u.s of a upon 11/06/79. Even after statements of percetion anc the entry to diffrent perspectives in association with the endangerment. Perception of foste

home and foster provider than the perpetual act of enslaavement of a 31 year old man at gains for parties listed as they conceal the facts. That they are well aware of in conjunctior the actions and acts carried out by person and persons. Starting before my legal age to hold all accountable specifically by those stated in accompanying digrahm to the formatior of enterprises deemed rauqueets and entities suppling fuel to the curent state of defamate enslavement. At current staance it's easily comprehended that prior to my adulthood 93.3 and those who sold they're products musical and advertised within as a result of the entitie construction 6months 6 days after my providing (c.p patel)corpse with artificial respiration . fraud. The disclosure of this event by a ajay patel and manesh patel and they're so called roles in some school game concealed even the public eye in this regard. Prior to this i witnessed the mother of ajay being assulted in my presence in a home that will be seized in lakeland. All following acts of alleged violonce is a direct reltionship as if i were smart enough to full them into a perfect pyschological evalution which than turned into a scare ta in the presence of choice makers who should of never been anyone other than me. The actions and deposed statement of cristian passurello and a byron perez who started a figh and handed me a weapon as to my condition of this mind being "pyscho"as their "perofessional opnion"what little they have in this respect. The parties in polk county k.p patel his son jayant patel which played games about to who's illegal acts bothered me "not me the other jayant" when both they're involvement was equally illegal and fraudulent. The first x-raying of my body by illegal endanger pushpa patel and the illegal acts to defraud 1st at a location in brandon and to the last account of her presence on florida ave with intrusions by her sons.The 1dt act to defamate and slander my good name. Stated at the begining of what i feel every moment as enslavement as a comment to the concerts throw by brother of parneet as you get 8 to a number in 20's(as to the wrongful issuance of imprisonment). Their father opening a illegal buisness upon my move to brandon selling illegal and renting illegal products as a witness to my own presence. It is easiy percieved that the parties intent was for me to of died in 1997 by way of foreign substance then agaii 2002 at point which the entrance of parties will hold in account of bharvi patel and ajay pat and ece/aol before the creation of new entity.  I hold resposible for my dire conditions and the value set on the dramatazation reactment and occurance of fiction being sold, illegally licensed, and advertised by what was group w , paragon, time warner, and then bright house. Who in the past has provided free service to the family of pushpa so if this instance isn't fact to the raqueetering and the gifting and privelage that would not of been handed a stand for their reason of profit. I can't conclude what other pretences this affliations would carry. The licensing of Daksha  after the cut on my arm was perpatrated by her husband, jayant, p.d,and her as to the circling in movement in society to stream me from nearest medical provider at st. joesph's hospital to at the point of ghost cener  on bougnville in 1986. Which when witnessed non-surpetiously by means of work as a polyester wearin ca salesman in 1991. Then the presentation of fact which is as it stands the federal govermer being those not accused of crime stated they without polygraph or a testified evaluavation or even forensic/criminology background were the government presenting me a name change a weapon and a state of witness protection once again leading to the arrest illegal search and non- warranted seizure of proof at the time of illegal actors of this ccnitesh crin conspiricy nitesh(technics) stated by one santana and a unknown verified named perpatrator xavier rodriguez introduced by means of extortion by a mark alvarez. Who's name apearead in first intial last and mother's maiden name as mark a piazzo and previou obstruction by the first marijuana user alfred alvarez and drug trafficking son in law a denis unkown last name as previous obstructors as denise alvarez. Which led to me for the first time buying an electronic by a direct name instead of mixed equivelent by name gemini and the stolen atus by means of extorted defraud.Which commenced at the begining of 1996.  I had to start writing cause during sleep sodomy by daksha,mark a, anthony,ajay patel started taking place just like the ritual abuse they been commiting the consistent defamative and cruel and unusual,the polygraph dinial, and the fraudulent members of current goverment and their intrusions have kept at pace even after filing a suit against all

members of 1st sign of raqueteering as witnessed and been victim to 1979 have gone unpunished or halted.

NITESH PATEL
702 CATALPA PLACE
BRANDON,FL 33510
813-598-3749